UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REBECCA CASTILLO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CAUDALIE USA, INC., a Delaware Corporation,<br><br>    Defendant. | ECF Case<br><br>1:19-cv-10937 (VSB) (SLC)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, plaintiff Rebecca Castillo and defendant Caudalie USA, Inc. (collectively, the "Parties"), that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the claims that were asserted or that could have been asserted in the above-captioned action are hereby dismissed with prejudice and without costs to any Party as against the other.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that counsel for the Parties have been authorized by their respective clients to execute this Stipulation.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that no Party hereto is an infant or incompetent person for whom a committee or conservator has been appointed.

    **IT IS HEREBY FURTHER STIPULATED AND AGREED** that facsimile/photocopy signatures may be accepted as originals for all purposes, including filing with the Court.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this Stipulation may be filed, without further notice, with the Clerk of the Court by any Party herein.

Dated: New York, New York
       April 28, 2020

DANN LAW

By: _____
    Javier L. Merino, Esq.
    372 Kinderkamack Road, Suite 5
    Westwood, New Jersey 07675
    Telephone: (216) 373-0539
    Facsimile: (216) 373-0536
    Email: jmerino@dannlaw.com
    *Attorneys for Plaintiff*

FOX ROTHSCHILD LLP

By: _____
    Ernest Edward Badway, Esq.
    Jason B. Jendrewski, Esq.
    101 Park Avenue, Suite 1700
    New York, New York 10178
    Telephone: (212) 878-7900
    Facsimile: (212) 692-0940
    Email: ebadway@foxrothschild.com
           jjendrewski@foxrothschild.com
    *Attorneys for Defendant Caudalie USA, Inc.*